

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00491-CV

| | | |
|---|---|---|
| STATE FARM LLOYDS, Appellant | § | On Appeal from the 78th District Court |
| | § | of Wichita County (DC78-CV2021-0707) |
| V. | § | |
| | | October 3, 2024 |
| JOHN HILMI, Appellee | § | Memorandum Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed in full and the case is remanded to the trial court for a new trial.

It is further ordered that John Hilmi shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
    Chief Justice Bonnie Sudderth